

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00866-CV

**IN THE INTEREST OF A.G.F.**, A.F.F. and E.H.F., Children

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-05746
Honorable Antonia Arteaga, Judge Presiding

PER CURIAM

Sitting:       Karen Angelini, Justice
               Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice

Delivered and Filed:  May 27, 2015

DISMISSED

Appellant has filed an unopposed motion to dismiss this appeal.  The motion is granted,

and the appeal is dismissed.  *See* TEX. R. APP. P. 42.1(a)(1).


PER CURIAM